# United States District Court
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FRANK KELLY CIOTA,**
**Petitioner,**

vs.

Case Number: **10-2031**

**UNITED STATES OF AMERICA,**
**Respondent.**

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus relief is denied. Case terminated. Case closed.

ENTER this 10th day of November 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY: DEPUTY CLERK